JEFFREY CIANCHETTI, D.C., Respondent, v PHYLLIS BURGIO, D.C., Appellant. [933 NYS2d 630]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.